UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

v.

Lorin Buckner, and
Dessalines Sealy,

    Defendants.

Case No. 1:19-cr-00024-1
Case No. 1:19-cr-00024-5

Judge Michael R. Barrett

**VERDICT FORM**
**(Lorin Buckner)**

We, the jury, in respect to the charges set forth in the Indictment, do find Defendant

**Lorin Buckner:**

- Not Guilty _____ Guilty ___✓___      **Count 1**
  18 U.S.C. § 1349
  Conspiracy to Commit
  Mail and Wire Fraud

- Not Guilty _____ Guilty ___✓___      **Count 2**
  18 U.S.C. § 371
  Conspiracy to Commit
  Bankruptcy Fraud

12/1/2022
DATE



FOREPERSON